


**FILED** FEB 05 2015 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY KS DEPUTY

**CLERK'S OFFICE A TRUE COPY** Feb 05 2015 Deputy Clerk, U.S. District Court Eastern District of Louisiana New Orleans, LA

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

(SEE ATTACHED SCHEDULE)

15cv00084 – AJB-BGS
15cv00130 – JM-DHB

### CONDITIONAL TRANSFER ORDER (CTO –11)

On December 12, 2014, the Panel transferred 20 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, 99 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E Fallon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of December 12, 2014, and, with the consent of that court, assigned to the Honorable Eldon E Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 03, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL No. 2592

## SCHEDULE CTO-11 – TAG-ALONG ACTIONS

| | DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|
| | ALABAMA MIDDLE | | | |
| | ALM | 2 | 15-00041 | Kennedy v. Janssen Research & Development, LLC et al     15-cv-326 L(5) |
| | CALIFORNIA SOUTHERN | | | |
| 15-cv-327 L(5) | CAS | 3 | 15-00084 | Yap v. Janssen Research & Development LLC et al |
| 15-cv-328 L(5) | CAS | 3 | 15-00130 | Leahy v. Janssen Research & Development, LLC et al |
| | CONNECTICUT | | | |
| 15-cv-329 L(5) | CT | 3 | 15-00075 | Kavan v. Janssen Research & Development, LLC, et al |
| | FLORIDA MIDDLE | | | |
| | FLM | 8 | 15-00013 | Hunnewell v. Janssen Research & Development LLC et al     15-cv-330 L(5) |
| | ILLINOIS SOUTHERN | | | |
| | ILS | 3 | 15-00067 | McCoy v. Janssen Research & Development LLC et al     15-cv-331 L(5) |
| | KENTUCKY EASTERN | | | |
| | KYE | 5 | 15-00011 | Williams et al v. Janssen Research & Development LLC et al     15-cv-332 L(5) |
| | KENTUCKY WESTERN | | | |
| 15-cv-333 L(5) | KYW | 3 | 15-00062 | Noe et al v. Janssen Research & Development LLC et al |
| 15-cv-334 L(5) | KYW | 5 | 15-00001 | Metcalf v. Janssen Research & Development LLC et al |
| 15-cv-335 L(5) | KYW | 5 | 15-00002 | Betts et al v. Janssen Research & Development LLC et al |
| | LOUISIANA WESTERN | | | |
| | LAW | 6 | 15-00062 | |

|  |  |  |  | Turner et al v. Janssen Research & Development L L C LLC et al 15-cv-336 L(5) |
| --- | --- | --- | --- | --- |
|  | NEW HAMPSHIRE |  |  |  |
|  |  | NH | 1 | 15-00022 | Silva v. Janssen Research & Development LLC 15-cv-337 L(5) |
|  | NEW YORK SOUTHERN |  |  |  |
| 15-cv-338 L(5) | NYS | 1 | 14-10200 | Donahue et al v. Janssen Research & Development LLC et al |
| 15-cv-339 L(5) | NYS | 1 | 14-10202 | Cabral et al v. Janssen Research & Development LLC et al |
| 15-cv-340 L(5) | NYS | 1 | 14-10203 | Clabeaux et al v. Janssen Research & Development LLC et al |
| 15-cv-341 L(5) | NYS | 1 | 15-00201 | Lipsey et al v. Janssen Research & Development LLC et al |
| 15-cv-342 L(5) | NYS | 1 | 15-00202 | Fields et al v. Janssen Research & Development L.L.C. et al |
|  | OHIO SOUTHERN |  |  |  |
|  |  | OHS | 1 | 15-00028 | Swords et al v. Janssen Research & Development LLC, et al. 15-cv-343 L(5) |
|  | PENNSYLVANIA EASTERN |  |  |  |
|  |  | PAE | 2 | 15-00170 | WAGNER v. JANSSEN RESEARCH & DEVELOPMENT LLC et al 15-cv-344 L(5) |
|  |  | ~~PAE~~ | ~~2~~ | ~~15-00171~~ | ~~ALBANESE et al v. JANSSEN RESEARCH & DEVELOPMENT LLC et al~~ Vacated 2/3/1 |
|  |  | PAE | 2 | 15-00172 | FAGAN et al v. JANSSEN RESEARCH & DEVELOPMENT LLC et al 15-cv-345 L(5) |
|  |  | PAE | 2 | 15-00258 | FYE v. JANSSEN RESEARCH & DEVELOPMENT LLC et al 15-cv-346 L(5) |